

# NUMBER 13-16-00321-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE GULF MOVING SYSTEMS, INC.

## On Petition for Writ of Mandamus.

## ORDER

### Before Chief Justice Valdez and Justices Garza and Longoria
### Per Curiam Order

Relator, Gulf Moving Systems, Inc., filed a petition for writ of mandamus in the above cause on June 15, 2016. Through this original proceeding, relator seeks to compel the trial court to grant its plea to the jurisdiction because the claims at issue in this case fall within the exclusive jurisdiction of the Texas Department of Insurance, Division of Workers' Compensation. The Court requests that the real party in interest, Jose Maria Morales Jr., or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
16th day of June, 2016.